# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE JAMES SWANSON,
                 Appellant,
         vs.
THE STATE OF NEVADA,
                 Respondent.

No. 82407

**FILED**

FEB 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
           DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on June 19, 2020. Appellant did not file the notice of appeal, however, until January 22, 2021, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-04779

cc: Chief Judge, Eighth Judicial District Court
Eighth Judicial District Court, Department 20
Eighth Judicial District Court, Department 32
Steve James Swanson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk